### THE FARMERS' CO-OPERATIVE FERTILIZER COMPANY, INC., v. EASTERN COTTON OIL COMPANY.

#### (Filed 17 February, 1926.)

APPEAL by defendant from *Grady, J.;* judgment signed out of term and out of county by consent of both parties—from PERQUIMANS.

Civil action to recover damage suffered by plaintiff on account of defendant's alleged breach of contract to deliver a certain quantity of cotton-seed meal, as per agreement between the parties.

From a judgment in favor of plaintiff for $325.00, with interest from 15 October, 1915, and costs, the defendant appeals, assigning errors.

*Ehringhaus & Hall for plaintiff.*
*Whedbee & Whedbee for defendant.*

PER CURIAM. It appearing from a perusal of the record that the case has been heard and determined without error, the judgment in favor of plaintiff will be upheld.

No error.